**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **Luis Ivan Cabrera-Armenteros, by next friend Eduardo M. Armenteros,** *Petitioner,* | § § § § § § § § § § § § § | |
| *v.* | | **NO. 6:26-CV-00046-ADA-DTG** |
| **Kristi Noem, in her official capacity as Secretary of the United States Department of Homeland Security, et al.,** *Respondents.* | | |

## <u>ORDER</u>

On June 18, 2026, Petitioner submitted a Motion to Dismiss without prejudice, explaining that he wishes to dismiss and close this matter so that it may be refiled in the district where he is currently located. Dkt. 18. An action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. FED. R. CIV. P. 41(a)(2). The Court finds these terms are proper and that Petitioner's Motion (Dkt. 18) should be granted and the case should be dismissed without prejudice and closed in this Court so that he may refile a new petition where he is located.

Therefore, the Motion (Dkt. 18) is **GRANTED.** Petitioner's action is therefore **DISMISSED WITHOUT PREJUDICE.**

It is further ordered that all pending motions should be terminated as moot, as this case will be closed in this court.

Accordingly, as nothing remains to resolve, this case is now **CLOSED**. Therefore, the Clerk's Office is directed to **CLOSE** this case and **TERMINATE** all pending motions.

**SIGNED ON JUNE 26, 2026.**

**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**